IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY INSURANCE CORP. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALICIA KECK, ET AL. | : | NO. 11-1242 |

**O R D E R**

**AND NOW**, this 22nd day of August, 2011, upon consideration of Liberty Insurance Corporation's Motion to Dismiss Counterclaim (Docket No. 6), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the **MOTION** is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.